

# IN THE
# TENTH COURT OF APPEALS

_____

### No. 10-16-00062-CR

_____

**THE STATE OF TEXAS,**

                                                            **Appellant**

 **v.**

**JOSE ESTRADA,**

                                                            **Appellee**

_____

**From the County Court at Law
Walker County, Texas
Trial Court No. 15-0686**

_____

# O R D E R

_____

Counsel Brian C. Burns's Motion to Withdraw as Attorney for appellant was filed

on April 14, 2016.  Because counsel was allowed to withdraw in the proceeding below

and new counsel has been appointed by the trial court for appellant, counsel's motion is

granted.

                                                    PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion granted
Order issued and filed May 19, 2016

